✎GAM 35  
(Rev. 2/06)

**Report and Order Terminating Supervised Release  
Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No.   5:21-CR-00040-TES-CHW-1 |
| **REGINALD MARQUISE CRIMES** | |

On January 17, 2023, the supervised release period of 36 months commenced. Reginald Marquise Crimes has complied with the rules and regulations of supervised release, he has met the criteria for early termination as outlined in the Guide to Judiciary Policy; Part E (Post-Conviction Supervision); Chapter 3, as approved by the Administrative Office of the United States Courts and is no longer in need of supervision. Accordingly, it is recommended Reginald Marquise Crimes be discharged from supervision.

Respectfully submitted,

LaQuesha D. Balkcom  
U.S. Probation Officer

ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this  9th  day of  January , 2025.

s/Tilman E. Self, III  
TILMAN E. SELF, III  
U.S. DISTRICT JUDGE